UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPUY SYNTHES SALES, INC., et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>STRYKER CORPORATION, et al.,<br><br>    Defendants. | Case No. ED CV 18-1557 FMO (KKx)<br><br>**ORDER DISMISSING ACTION** |

Having reviewed and considered the parties' Joint Stipulation Regarding Partial Final Order (Dkt. 141), IT IS ORDERED THAT:

1. Defendant Stryker Corporation is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). This dismissal applies to all claims against it (including but not limited to any purported joint employer issues in this matter).

2. The above-captioned action is dismissed with prejudice in all other respects.

3. The parties shall comply with all the deadlines and requirements set forth in the Federal Rules of Civil Procedure and Federal Rules of Appellate Procedure as it relates to any appellate or attorney's fees issues.

Dated this 19th day of January, 2021.

                                                                /s/
                                                    Fernando M. Olguin
                                                    United States District Judge