JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPUY SYNTHES SALES, INC., et al., | Case No. ED CV 18-1557 FMO (KKx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| STRYKER CORPORATION, et al., | |
| Defendants. | |

Pursuant to the Order Dismissing Action, IT IS ADJUDGED that the above action is dismissed with prejudice.

Dated this 19th day of January, 2021.

/s/
Fernando M. Olguin
United States District Judge