**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEPUY SYNTHES SALES, INC., et al., | Case No. ED CV 18-1557 FMO (KKx) |
| Plaintiffs, | |
| v. | **JUDGMENT RE: ATTORNEY'S FEES** |
| STRYKER CORP., et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations Set Forth in Special Master's Order of August 17, 2023, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT defendant Howmedica Osteonics Corp. shall forthwith pay plaintiffs attorney's fees in the amount of $505,513.03.

Dated this 6th day of September, 2023.

/s/
Fernando M. Olguin
United States District Judge